

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2016

No. 04-16-00212-CR

Richard **VARGAS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 20th District Court, Milam County, Texas
Trial Court No. CR24573
John Youngblood, Judge Presiding

# O R D E R

Rule 25.2(d) of the Texas Rules of Appellate Procedure provides, in part,

If the defendant is the appellant, the record must include the trial court's certification of the defendant's right of appeal under Rule 25.2(a)(2) . . . . The certification should be part of the record when notice [of appeal] is filed, but may be added by timely amendment or supplementation . . . by order of the appellate court under Rule 34.5(c)(2). The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules.

TEX. R. APP. P. 25.2(d).

The record before us, however, does not contain the trial court's certification of the defendant's right of appeal. The trial court clerk is therefore ORDERED to prepare, certify, and file a supplemental clerk's record containing the trial court's certification pursuant to Rule 25.2 within 10 days of the date of this order. *See* TEX. R. APP. P. 25.2(d).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court